**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EMILIO P. MARCIAL, JR.,
ADC #114660                                                                                           PLAINTIFF

v.                                              4:15CV00619-JM-JTK

ANDY SHOCK, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Rice and Shock are DISMISSED from this action, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 20th day of November, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1