## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

EMILIO P. MARCIAL, JR.                                                                     PLAINTIFF

v.                                           4:15CV00619-JTK

ANDY SHOCK, et al.                                                                      DEFENDANTS

### MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Compel, based on Plaintiff's failure to respond to their discovery requests and to a subsequent letter requesting his response (Doc. No. 25). This Court directed Plaintiff to file a Response to the Motion on June 9, 2016, and notified him that failure to respond could result in the dismissal without prejudice of this lawsuit, for failure to prosecute (Doc. No. 27). As of this date, Plaintiff has not filed a Response to the Motion, as directed in the Court's Order, and Defendants have filed a Motion to Dismiss, based on his failure to respond (Doc. No. 28).

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In addition, FED.R.CIV.P. 37(b)(2)(A)(v) and 37(d)(3) provide that if a party fails to obey an order to provide or permit discovery, or fails to serve answers to interrogatories, the Court may sanction the party by dismissing the action. In this case, in light of Plaintiff's failure to respond or object to Defendants' discovery requests, or to comply with this Court's June 9, 2016 Order

directing a Response to the Motion, the Court finds that Plaintiff's Complaint should be dismissed without prejudice. Accordingly,

    IT IS, THEREFORE, ORDERED that:

    1.    Defendants' Motion to Compel (Doc. No. 25) is GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice.

    2.    Defendants' Motion to Dismiss is DENIED as moot.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 12th day of July, 2016.

                                                      _____
                                                    JEROME T. KEARNEY
                                                    UNITED STATES MAGISTRATE JUDGE