# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

EMILIO P. MARCIAL, JR.                                                                                          PLAINTIFF

v.                                              4:15CV00619-JTK

ANDY SHOCK, et al.                                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 12th day of July, 2016.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE